# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-CR-00329-DGK-01 |
| COREY D. CUNNINGHAM, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Before the Court is Defendant's Motion to Suppress (Doc. 19), the Government's Response in Opposition (Doc. 20), United States Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. 29), and Defendant's Objections (Doc. 30). The Court has also reviewed the transcript from the suppression hearing held on June 17, 2019, (Doc. 25) and the admitted exhibits.

After carefully reviewing Judge Whitworth's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(a), the Court ADOPTS the Report and Recommendation (Doc. 29). The Court DENIES Defendant's Motion to Suppress Evidence (Doc. 19).

**IT IS SO ORDERED.**

Date: September 25, 2019     /s/ Greg Kays
                              GREG KAYS, JUDGE
                              UNITED STATES DISTRICT COURT